```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

STEVE WOODSON                                          PLAINTIFF

    V.                No. 2:07-CV-2048

WHIRLPOOL CORPORATION                                  DEFENDANT

## J U D G M E N T

For reasons set forth in the Memorandum Opinion and Order, filed contemporaneously herewith, Defendants' Motion for Summary Judgment (Doc. 9) is **GRANTED,** and Plaintiff's complaint is **DISMISSED WITH PREJUDICE** with each party to bear its own costs. **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 18th day of March 2008.

                                        */s/ Robert T. Dawson*
                                        Honorable Robert T. Dawson
                                        United States District Judge